

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00651-CV

**IN THE INTEREST OF D.B., IV, B.N.B., AND T.L.S.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02206
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. Counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under TEX. R. APP. P. 20.

SIGNED February 20, 2019.

_____
Irene Rios, Justice